# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1954 | **DATE** | 6/19/2012 |
| **CASE TITLE** | Deon W. Wright vs. AW Chesterton Company | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/19/2012. Claims against Goulds Pumps, Inc are voluntarily dismissed. Gould Pumps, Inc.'s motion for summary judgment [60] is stricken as moot. Jury Trial set for 10/29/2012 at 9:30 AM. Plaintiff's pretrial order draft is due by 7/23/2012; Joint Final Pretrial Order due 8/3/2012. Status hearing set for 8/8/2012 at 9:00 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|