# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Deon W Wright

                              Plaintiff,

v.                                                Case No.: 1:11−cv−01954
                                                  Honorable Rebecca R. Pallmeyer

AW Chesterton Company, et al.

                              Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2013:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Final Pretrial Conference convened. Within 14 days, parties to submit a stipulation memorializing their agreement concerning certain of the motions in limine. Response to motion in limine #22 [103] to exclude any reliance of Plaintiff's experts upon Dr. Schonfeld's opinions to be filed by or on 4/3/2013; reply to be filed by or on 4/10/2013; ruling to be made by mail by 4/18/2013. Within 21 days, Plaintiff to submit his revised exhibit list; Defendant's revised exhibit list to be submitted 10 days thereafter. No later than seven (7) days prior to trial, parties to submit proposed statement of case and proposed agreed form of juror questionnaire. Parties will be prepared to make opening statements on the day the jury is selected, and to limit openings to approximately 45 minutes in length. Parties agree, further, to provide opposing counsel with 24 hours' notice of the planned use of any exhibit and 48 hours&#039; notice of their intentions to call particular witnesses. Jury Trial set for 5/6/2013 is stricken and reset to 5/8/2013 at 9:30 AM. Parties are encouraged to continue settlement efforts and invited to contact the court should they desire to meet with the magistrate judge or a district judge for this purpose. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.