# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1954 | **DATE** | 5/3/2013 |
| **CASE TITLE** | Deon W. Wrght vs. CBS Corporation, et al | | |

## DOCKET ENTRY TEXT

Final pretrial conference convened. Enter Agreed Order. As reflected in the order, Defendant's Omnibus Motions in Limine (101) are granted in part and withdrawn in part by agreement. To the extent practicable, the court directs each party to provide two trial days notice of intent to use physical or demonstrative evidence, provided that this direction applies only to direct examination of witnesses or Plaintiff's case in chief. Defendant John Crane Company having reached a settlement with Plaintiff, its motions *in limine* (104) are stricken as moot. Plaintiff's amended motions *in limine* (107) are granted in part withdrawn in part by agreement. Plaintiff's motion for leave to file a response (119) and for leave to file a sur-reply (148) are granted. Defendant's motion to strike inadvertently filed document (153) is granted. Enter Agreed Order Regarding CBS Corporation's and Plaintiff's motions *in limine*. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|