# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Deon W Wright

                          Plaintiff,

v.                                          Case No.: 1:11−cv−01954
                                                       Honorable Rebecca R. Pallmeyer

AW Chesterton Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 10, 2013:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Defendant's letter withdrawing certain filings [102] was improperly docketed as a motion and can be terminated. By order dated 5/3/2013, Defendant's motions in limine #19−23 [103] were withdrawn. That filing [103] should be terminated. This termination is without prejudice to Defendant's objections to the opinion testimony of Alvin Schonfeld. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.